**FILED**

JAN 25 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 21-MJ-07-KEW |
| ANDREW C. ERICSON, | ) |
| Defendant. | ) |

## ORDER APPOINTING COUNSEL

On  1/25/2021  the above named having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds that the affiant is financially unable to obtain counsel. In accordance with the Eastern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984,

**IT IS HEREBY ORDERED** that the:

☒ Federal Public Defender is appointed to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

☐ Federal Public Defender shall forthwith furnish the name(s) of a private attorney or attorneys, as necessary, for appointment to represent the above-named defendant in all further proceedings unless and until relieved by order of the Court.

☐ The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable costs of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Court, 101 North Fifth Street, Room 210, Muskogee, Oklahoma, $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further order of the Court.

☐ Federal Public Defender is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Dated this  25th  day of  January , 20 21 .

_____
KIMBERLY E. WEST
U.S. MAGISTRATE JUDGE